UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **CV 24-2247-TJH(SPx)** | Date | NOVEMBER 13, 2024 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 104.172.162.50 |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **In Court**    **X**  **In Chambers**    **X**    **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on August 26, 2024 [15].
All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

---

CV-90                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk <u>YS</u>